IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MCPHEARSON,

    Petitioner,                        No. CIV S-09-1889 JAM DAD P

    vs.

RICHARD B. IVES, Warden,

    Respondent.                  <u>ORDER TO SHOW CAUSE</u>

         Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 15, 2009, respondent filed a motion to stay this action pending resolution of a concurrent proceeding petitioner has filed in the district of his conviction. Petitioner has not filed an opposition or otherwise responded to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

         Good cause appearing, IT IS HEREBY ORDERED that within twenty days of the date of this order, petitioner shall file and serve an opposition or a statement of no opposition to respondent's motion to stay this action and shall show cause in writing why sanctions should not be imposed for the failure to file a timely response. In the alternative, if petitioner no longer

1

wishes to proceed with this matter, he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: January 28, 2010.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcph1889.102

2