IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MCPHEARSON,

    Petitioner,                    No. 2:09-cv-1889 JAM DAD (HC)

    vs.

RICHARD B. IVES,

    Respondent.                ORDER

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By order filed June 18, 2010, this action was stayed by the district court and respondent was directed to file and serve a status report on the first court day of each month and a motion to lift the stay of this action within thirty days of an order by the U.S. District Court for the Northern District of Texas resolving motions filed by petitioner in that court. On January 13, 2011, petitioner filed a status report in which he states that a "final judgment" was made in the Texas case on November 30 and December 3, 2010. Respondent's last status report was filed on November 9, 2010, and respondent has not responded in any way to the document filed by petitioner with this court on January 13, 2011.

/////

1

1   Good cause appearing, IT IS HEREBY ORDERED that within ten days from the
2   date of this order respondent shall file and serve a response to petitioner's January 13, 2011
3   status report and, if appropriate, a motion to lift the stay of this action.
4   DATED: January 20, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mcph1889.o