IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MCPHEARSON,

    Petitioner,                    No. 2:09-cv-1889 JAM DAD (HC)

    vs.

RICHARD B. IVES,

    Respondent.             ORDER

_____/

        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 23, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed February 23, 2012, are adopted in full;

2. Petitioner's December 5, 2011 motion to lift the stay of this action is granted;

3. Respondent is directed to file an answer to the petition within thirty days from the date of this order and to include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the petition; and

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

DATED: May 4, 2012

        /s/ John A. Mendez
        UNITED STATES DISTRICT COURT JUDGE