IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MCPHEARSON,

     Petitioner,                    No. 2:09-cv-1889 JAM DAD (HC)

    vs.

RICHARD B. IVES,

     Respondent.               <u>ORDER</u>

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 17, 2012, petitioner filed a motion to expand the record pursuant to 28 U.S.C. §2247. By order filed May 4, 2012, the district court lifted the stay of this action and set a briefing schedule for resolution of petitioner's claims.

        Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days from the date of this order respondent shall file and serve a response to petitioner's April 17,

/////

/////

/////

/////

1

1  2012 motion to expand the record. Petitioner's reply, if any, shall be filed and served not later
2  than fourteen days thereafter.
3  DATED: May 25, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mcph1889.o3