IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MCPHEARSON,

    Petitioner,        No. 2:09-cv-1889 JAM DAD (HC)

  vs.

RICHARD B. IVES,

    Respondent.       <u>ORDER</u>

_____/

    Petitioner is a federal prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 17, 2012, petitioner filed a motion to expand the record pursuant to 28 U.S.C. §2247. Respondent has filed a statement of non-opposition to the motion. Accordingly, petitioner's motion will be granted.

    On June 8, 2012, this court granted respondent's motion for an extension of time to file a response to the petition. On June 13, 2012, petitioner filed an opposition to respondent's motion. In the alternative, petitioner seeks reconsideration of any order granting the motion for extension of time, making several arguments concerning delays in this action since its' inception. Respondent's June 1, 2012 motion for extension of time was the first such motion following the district court's May 4, 2012 order lifting the stay and directing respondent to file an answer to the

1  petition within thirty days. The June 8, 2012 order granting the expressly provides that "in light
2  of the age of this case, no further extensions of time [to respond to the petition] will be granted
3  absent a showing of substantial cause." (Doc. No. 47 at 1.) In making that order, the court took
4  into consideration many of the factors relied on by petitioner in support of his motion for
5  reconsideration. While the court will look with great disfavor on any further request to extend
6  the August 3, 2012 deadline set by the June 8, 2012 order, the court will not advance that
7  deadline.

8         In accordance with the above, IT IS HEREBY ORDERED that:

9         1. Petitioner's April 17, 2012 motion to expand the record (Doc. No. 42) is
10 granted;

11        2. The record in this action is expanded to include the documents appended to
12 petitioner's April 17, 2012 motion; and

13        3. Petitioner's June 13, 2012 motion for reconsideration (Doc. No. 48) is denied.
14 DATED: June 28, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mcph1889.o4

2