IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MCPHEARSON,

    Petitioner,                    No. 2:09-cv-1889 JAM DAD P

    vs.

RICHARD B. IVES,                  ORDER

    Respondents.

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved in this action, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition (Doc. No. 1), respondent's motion to dismiss (Doc. No. 51), petitioner's opposition to the motion to dismiss (Doc. No. 57), and respondent's reply (Doc. No. 58) together with a copy of this order on David Porter, Assistant Federal Defender.

3. Petitioner's appointed counsel shall contact the Clerk's Office to make arrangements for any additional copies of documents from the court file which counsel requires.

4. A status conference is set for January 18, 2013, at 10:00 a.m. in Courtroom 27 before the undersigned U.S. Magistrate Judge. Counsel for both parties shall be prepared to address how the case should be scheduled and proceed.

DATED: December 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mcph1889.110a