```
 1  JOSEPH SCHLESINGER, Cal. Bar # 87692
    Acting Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone:  (916) 498-5700

 5  Attorneys for Petitioner
    PEDRO McPHEARSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PEDRO McPHEARSON, | ) | |
|---|---|---|
| | ) | No. 2:09-cv-01889 JAM-DAD |
| Petitioner, | ) | |
| | ) | **REQUEST FOR SUBSTITUTION OF COUNSEL;** |
| v. | ) | **ORDER** |
| | ) | |
| RICHARD B. IVES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, PEDRO McPHEARSON, hereby moves this Court for an order substituting John Balazs, Attorney at Law, 916 2nd Street, Suite F, Sacramento, CA, 95814, telephone (916) 447-9299; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Mr. Balazs has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Mr. Balazs is aware of any deadlines in this case.  The undersigned is
2  authorized to sign this substitution motion on his behalf.
3  Dated:  January 8, 2013

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Petitioner
PEDRO McPHEARSON

Dated:  January 8, 2013        */s/John Balazs*
                               JOHN BALAZS

## O R D E R

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that John Balazs, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: January 8, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mcph1889.sub

2