1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PEDRO MCPHEARSON,

11          Petitioner,                    No. 2:09-cv-1889 JAM DAD P

12      vs.

13   RICHARD B. IVES,                      ORDER

14          Respondents.

15   _____/

16          Petitioner is a federal prisoner proceeding through counsel with an application for

17   writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1]  Pursuant to court order, this matter came

18   on for status conference on January 18, 2012.  John Balazs, Attorney at Law, appeared as counsel

19   for petitioner.  Nirav Desai, Assistant United States Attorney, appeared as counsel for

20   respondents.  After hearing, and good cause appearing, IT IS HEREBY ORDERED that:

21          1.  Respondents' request to amend the pending motion to dismiss is granted.

22          2.  Respondents' August 3, 2012 motion to dismiss (Doc. No. 51) is denied

23   without prejudice.

24   _____

25          [1]  This court's December 13, 2012 order appointing counsel (Doc. No. 59) is deemed
     amended to reflect that petitioner is a federal prisoner, and that his petition for writ of habeas
26   corpus is filed pursuant to 28 U.S.C. § 2241.

                                             1

3.  Respondents are granted until March 8, 2013 in which to file and serve either an answer to the petition or an amended motion to dismiss.

4.  Petitioner's response shall be filed an served on or before April 12, 2013.

5.  If respondents file an amended motion to dismiss, their reply shall be filed and served on or before April 26, 2013.

6.  All parties may incorporate by reference into the foregoing briefing any document already filed in this action.

7.  This matter is set for hearing on May 3, 2013 at 10:00 a.m. before the undersigned.

DATED: January 24, 2013.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mcph09cv1889.oah

2