1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile:  (916) 554-2900
5
6  Attorneys for Respondents
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

11 PEDRO MCPHEARSON,                    CASE NO. 2:09-CV-01889 JAM DAD HC

12                Petitioner,           STIPULATION AND [PROPOSED] ORDER
                                        CONTINUING RESPONDENTS' FILING
13         v.                           DEADLINE

14 RICHARD B. IVES, Warden, et al.,

15                Respondents.

16

17     Respondents and petitioner, by and through their undersigned counsel, hereby stipulate that:

18     1.   The present deadline for respondents' amended motion to dismiss or answer to the

19 petition is March 8, 2013 (Order, Jan. 24, 2013, Dkt. No. 65);

20     2.   Respondents' counsel represents that on March 5, 2013, he received new and material

21 information relevant to the petition that requires further, brief investigation and will likely require

22 material revisions to respondents' filing;

23     3.   For good cause shown, respondents request a one-week extension, to March 15, 2013, of

24 the filing deadline for their motion to dismiss or answer; and

25 ////

26 ////

27 ////

28 ////

Stipulation & [Proposed] Order,                    1
McPhearson v. Ives et al., 2:09-cv-01889 JAM DAD HC

4. Petitioner's counsel does not object to a one-week continuance of respondent's filing deadline, with the remainder of the briefing schedule and the hearing date to remain the same.

Dated: March 6, 2013                                      BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                                              /s/ Nirav K. Desai
                                                                              NIRAV K. DESAI
                                                                              Assistant United States Attorney
                                                                              Counsel for Respondents

                                                                              /s/ John Balasz
                                                                              JOHN BALASZ, ESQ.
                                                                              Counsel for Petitioner

                                                                              (As authorized on March 6, 2013)

## ORDER

For good cause shown, the parties' stipulation is HEREBY APPROVED, and IT IS HEREBY ORDERED that:

1. Respondents shall file and serve either an answer to the petition or an amended motion to dismiss on or before March 15, 2013;

2. The remainder of Court's January 24, 2013 Order (Dkt No. 65) shall remain in effect.

Dated: March 7, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mcph1889.ext