IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO MCPHEARSON,

    Petitioner,                      No. 2:09-cv-1889 JAM DAD P

    vs.

RICHARD B. IVES,                    ORDER

    Respondents.

    _____/

Petitioner is a federal prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter came on for hearing on May 3, 2013 on respondent's March 15, 2013 motion to dismiss the petition for failure to exhaust administrative remedies. John Balazs, Attorney at Law, appeared as counsel for petitioner. Nirav Desai, Assistant United States Attorney, appeared as counsel for respondents. After review of the papers filed in support of and in opposition to the motion and consideration of the arguments of counsel, and good cause appearing, THE COURT MADE THE FOLLOWING ORDERS AND ANNOUNCED THEM TO THE PARTIES IN OPEN COURT:

    1. Respondent's March 15, 2013 motion to dismiss (ECF No. 68) is denied;

    2. This action is stayed for six months;

/////

1

3. During the stay, petitioner, preferably through his counsel of record, shall in good faith attempt to exhaust his administrative remedies with respect to his claim for credit while at liberty;

4. Counsel for respondent shall provide all necessary assistance to expedite said administrative review, a primary purpose of which is to obtain from the Bureau of Prisons a precise calculation of petitioner's sentence and anticipated release date, including credit for time at liberty, presentence credit, and good time credits.

5. This matter is set for further status conference on November 1, 2013 at 10:00 a.m. in Courtroom # 27.

DATED: May 7, 2013.

*signature*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
mcph09cv1889.oah2