1  BENJAMIN B. WAGNER
United States Attorney
2  NIRAV K. DESAI
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2716
Facsimile:  (916) 554-2900
5

6  Attorneys for Respondents

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  PEDRO MCPHEARSON,                    CASE NO.  2:09-CV-01889 JAM DAD HC

12                        Petitioner,    JOINT REQUEST TO ADVANCE NOVEMBER 1,
                                         2013 STATUS CONFERENCE TO JUNE 28, 2013;
13             v.                        ORDER

14  RICHARD B. IVES, Warden, et al.,

15                        Respondents.

16

17        Respondents and petitioner, by and through their respective counsel, hereby stipulate that:

18        1.    The Court stayed proceedings for six months and set a status conference in this matter for

19  November 1, 2013;

20        2.    Respondents' counsel advised petitioner's counsel that the Bureau of Prisons has awarded

21  petitioner credit against his sentence for the entire period that petitioner spent on erroneous release,

22  which respondents believe effectively moots part of the petition;

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

Joint Req. to Advance Status Conf. & Order               1
McPhearson v. Ives et al., 2:09-cv-01889 JAM DAD HC

1         3.    The parties believe that it would be appropriate to advance the status conference to June 28,

2    2013, and request the same.

3

4    Dated:  June 17, 2013                     BENJAMIN B. WAGNER
                                      United States Attorney

5

6                                      /s/ Nirav K. Desai
                                  NIRAV K. DESAI

7                                      Assistant United States Attorney
                                  Counsel for Respondents

8

9                                      /s/ John Balasz
                                  JOHN BALASZ, ESQ.

10                                     Counsel for Petitioner

11                                     (As authorized on June 17, 2013)

12

13                                **ORDER**

14       For good cause shown, the parties' joint request to advance the November 1, 2013 status

15   conference IS HEREBY GRANTED, and the status conference is advanced to June 28, 2013, at 10:00

16   a.m.

17       IT IS SO ORDERED.

18   Dated:  June 18, 2013

19

20

21                            DALE A. DROZD
                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25   Dad1.habeas
   /mcph1889.asc

26

27

28

   Joint Req. to Advance Status Conf. & Order        2
   McPhearson v. Ives et al., 2:09-cv-01889 JAM DAD HC