BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MCPHEARSON,<br><br>       Petitioner,<br><br>    v.<br><br>RICHARD B. IVES, Warden, et al.,<br><br>       Respondents. | CASE NO. 2:09-CV-01889 JAM DAD HC<br><br>JOINT REQUEST TO ADVANCE NOVEMBER 1, 2013 STATUS CONFERENCE TO JUNE 28, 2013; ORDER |

  Respondents and petitioner, by and through their respective counsel, hereby stipulate that:

  1. The Court stayed proceedings for six months and set a status conference in this matter for November 1, 2013;

  2. Respondents' counsel advised petitioner's counsel that the Bureau of Prisons has awarded petitioner credit against his sentence for the entire period that petitioner spent on erroneous release, which respondents believe effectively moots part of the petition;

////

////

////

////

////

////

3. The parties believe that it would be appropriate to advance the status conference to June 28, 2013, and request the same.

Dated: June 17, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney
Counsel for Respondents

/s/ John Balasz
JOHN BALASZ, ESQ.
Counsel for Petitioner

(As authorized on June 17, 2013)

## **ORDER**

For good cause shown, the parties' joint request to advance the November 1, 2013 status conference IS HEREBY GRANTED, and the status conference is advanced to June 28, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 18, 2013

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.habeas
/mcph1889.asc

Joint Req. to Advance Status Conf. & Order
McPhearson v. Ives et al., 2:09-cv-01889 JAM DAD HC

2