UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MCPHEARSON, | No. 2:09-cv-1889 JAM DAD P |
| Petitioner, | |
| v. | ORDER |
| RICHARD B. IVES, | |
| Respondent. | |

Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge. See 28 U.S.C. § 636(c).[1]

The undersigned has reviewed the file herein and finds that the above-captioned case should be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

/////

/////

/////

/////

---

[1] Petitioner initially declined to proceed before a United States Magistrate Judge (ECF No. 2) but subsequently filed a signed consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) (ECF No. 7).

1

Accordingly, IT IS ORDERED that the Clerk of the Court reassign this case to the Honorable Dale A. Drozd.  HENCEFORTH, THE CAPTION ON DOCUMENTS FILED IN THE REASSIGNED CASE SHALL BE SHOWN AS No. 2:09-cv-1889 DAD P.

DATED: July 2, 2013

/s/ John A. Mendez_____   _____

JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE

I am the magistrate judge currently assigned to this case.  I accept reference of this case for all further proceedings, including trial and entry of final judgment, by myself or such other magistrate judge as may be assigned.

Dated: July 1, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

mcph1889.consent.rev

2