IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO McPHEARSON,<br><br>    Petitioner,<br><br>  v.<br><br>RICHARD B. IVES, Warden, et. al.,<br><br>    Respondent.<br>_____ | No. 2:09-CV-1889-DAD<br><br>STIPULATION AND ORDER<br><br>Date: November 18, 2013<br>Time: 10:00 a.m.<br>Hon. Dale A. Drozd |

     Petitioner Pedro McPhearson, through his counsel John Balazs, and Respondent Richard B. Ives, through its counsel, Assistant U.S. Attorney Nirav Desai, hereby stipulate and request that the Court continue the evidentiary hearing in this case from September 30, 2013 to November 18, 2013, at 10:00 a.m.

     Petitioner McPhearson has filed a petition under 28 U.S.C. § 2241, arising out of his mistaken release from custody. An evidentiary hearing on Mr. McPhearson's due process claim for relief has previously been set for September 30, 3013. Counsel for both parties request that the evidentiary hearing be continued to November 18, 2013 because both parties need more time to prepare for the hearing, including conducting necessary investigation, preparing and serving subpoenas, and obtaining the presence of petitioner at the hearing through a writ. Petitioner McPhearson is opposed to this request and desires an evidentiary hearing as soon as practicable.

Dated: September 12, 2013               Respectfully submitted,


                                         /s/ John Balazs
                                         JOHN BALAZS

                                         Attorney for Petitioner
                                         PEDRO McPHEARSON


Dated:  September 12, 2013               BENJAMIN B. WAGNER
                                         U.S. Attorney

                                    By:

                                         /s/ Nirav Desai
                                         NIRAV DESAI
                                         Assistant U.S. Attorney

                                         Attorney for Respondent
                                         RICHARD B. IVES, Warden


## **ORDER**

IT IS SO ORDERED.

DATED: September 16, 2013.

                                         _____
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

/mcph1889.stip