IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO McPHEARSON,  )<br>　　　　　Petitioner,　　)<br>　　　　　　　　　　　　)<br>　v.　　　　　　　　　　)<br>　　　　　　　　　　　　)<br>RICHARD B. IVES, Warden, et. al.,  )<br>　　　　　　　　　　　　)<br>　　　　　Respondent.　)<br>_____  ) | No. 2:09-CV-1889-DAD<br><br>STIPULATION AND ORDER<br><br>Date: November 18, 2013<br>Time: 10:00 a.m.<br>Hon. Dale A. Drozd |

　　　Petitioner Pedro McPhearson, through his counsel John Balazs, and Respondent Richard B. Ives, through its counsel, Assistant U.S. Attorney Nirav Desai, hereby stipulate and request that the Court continue the evidentiary hearing in this case from September 30, 2013 to November 18, 2013, at 10:00 a.m.

　　　Petitioner McPhearson has filed a petition under 28 U.S.C. § 2241, arising out of his mistaken release from custody. An evidentiary hearing on Mr. McPhearson's due process claim for relief has previously been set for September 30, 3013. Counsel for both parties request that the evidentiary hearing be continued to November 18, 2013 because both parties need more time to prepare for the hearing, including conducting necessary investigation, preparing and serving subpoenas, and obtaining the presence of petitioner at the hearing through a writ. Petitioner McPhearson is opposed to this request and desires an evidentiary hearing as soon as practicable.

| | |
|---|---|
| Dated: September 12, 2013 | Respectfully submitted, |
| | /s/ John Balazs |
| | JOHN BALAZS |
| | Attorney for Petitioner |
| | PEDRO McPHEARSON |
| Dated:  September 12, 2013 | BENJAMIN B. WAGNER |
| | U.S. Attorney |
| By: | |
| | /s/ Nirav Desai |
| | NIRAV DESAI |
| | Assistant U.S. Attorney |
| | Attorney for Respondent |
| | RICHARD B. IVES, Warden |

## **ORDER**

IT IS SO ORDERED.

DATED: September 16, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mcph1889.stip