UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO McPHEARSON,

        Petitioner,         No. 2:09-cv-1889 DAD

vs.

RICHARD B. IVES,        **ORDER & WRIT OF HABEAS CORPUS/
AD TESTIFICANDUM**

        Respondent.        **HABEAS CORPUS/FEDERAL CUSTODY**
_____/

        Pedro McPhearson, Reg. No. 32559-077, a necessary and material party and witness in proceedings in this case on November 18, 2013, is confined in CI Taft, Correctional Institute, 1500 Cadet Road, Taft, CA 93268, (661) 763-2510, fax (661) 765-3034, in the custody of the Warden thereof; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom No. 27, 8th Floor, United States Courthouse, 501 I Street, Sacramento, California, on November 18, 2013 at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden, or any other duly authorized federal law enforcement officers, to produce the inmate named above to consult with counsel and testify in United States District Court, pursuant to 28 U.S.C. § 2241(c)(5) and <u>Pennsylvania Bureau of Correction v. U.S Marshals Service, et al.</u>, 474 U.S. 34 (1985), at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

        3. The movant in this collateral proceeding is indigent; and

        4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on The United States Marshal for the Eastern District of California.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of CT Taft, Correctional Institute, 1500 Cadet Road, Taft, CA 93268:**

        **WE COMMAND** you, or any other duly authorized federal law enforcement officers, to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 9, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

mcphearson1889.841