UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO McPHEARSON, | No.  No. 2:09-cv-1889 DAD P |
| Petitioner, | |
| v. | ORDER |
| RICHARD B. IVES, | |
| Respondent. | |

Petitioner Pedro McPhearson is proceeding through court-appointed counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  An evidentiary hearing was scheduled in this matter for November 18, 2013.  Good cause appearing, the evidentiary hearing will be vacated and instead a further status conference will be held on November 18, 2013 at 10:00 a.m. in the courtroom of the undersigned.

Accordingly, IT IS ORDERED that:

1. The evidentiary hearing currently scheduled for November 18, 2013 is vacated;

2. A status conference is scheduled for November 18, 2013, at 10:00 a.m. in courtroom #27;

3. The writ of habeas corpus ad testificandum issued on October 10, 2013 to secure petitioner's attendance at the hearing on November 18, 2013 remains in effect; and

/////

1

4. The parties shall attend the status conference prepared to discuss with specificity the witnesses they anticipate calling at the evidentiary hearing to be held in this action, the relevance of those witnesses to resolution of the matter, and whether any alternatives short of live testimony will suffice with respect to at least some of the evidence the parties wish to present at the evidentiary hearing.

Dated: October 30, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
Mcphearson1889.sc