UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO McPHEARSON, | No. 2:09-cv-1889 DAD P |
| Petitioner, | |
| v. | ORDER |
| RICHARD B. IVES, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding through appointed counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. A status conference was held on November 18, 2013, at 10:00 a.m. in the chambers of the undersigned. John Balazs appeared as counsel for petitioner. Nirav Desai appeared as counsel for respondent. After discussions with counsel it was determined that the matter should be set for a further status conference.

Accordingly, IT IS ORDERED that a further status conference will be held in this matter on December 9, 2013, at 10:00 a.m. in Courtroom #27.

Dated: November 18, 2013

DAD:8
Mcphearson1889.fsc

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1