UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO McPHEARSON,<br><br>            Petitioner,<br><br>   v.<br><br>RICHARD B. IVES,<br><br>            Respondent. | No.  2:09-cv-1889 DAD P<br><br><br>ORDER |

     Petitioner is a federal prisoner proceeding through appointed counsel with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  By order dated January 28, 2014, this court directed the parties to confer and advise the court regarding an appropriate date to hold the initial phase of an evidentiary hearing at which petitioner would be the sole witness.  On March 17, 2014, petitioner filed a supplemental brief advising the court that he withdraws his request to testify at an evidentiary hearing and requests a decision on the merits of his claims based on the existing record.  Accordingly, this matter now stands submitted to the court for decision.

     IT IS SO ORDERED

Dated:  March 17, 2014

DAD:8:Mcphearson1889.subm

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1